UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21075-Cr-COOKE

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JAMES MATHURIN,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

THIS MATTER was referred to the Honorable William C. Turnoff, United States Magistrate Judge, for a Report and Recommendation on Defendant James Mathurin's Motion to Dismiss. On June 4, 2010, Judge Turnoff issued a Report [ECF No. 78], recommending that the motion to dismiss be denied. The Defendant timely filed his objections to Judge Turnoff 's Report. I have considered Judge Turnoff 's Report and Recommendations, as well as the Defendant's objections, and have made a *de novo* review of the record. I find Judge Turnoff's Report and Recommendation clear, cogent, and compelling. Accordingly, it is **ORDERED and ADJUDGED** that:

    1. Judge Turnoff 's Report and Recommendation [ECF No. 78] is **AFFIRMED and ADOPTED**. Defendant James Mathurin's Motion to Dismiss [ECF No. 40] is **DENIED**.

    2. Relatedly, the Government's Motion for a Finding of Additional Grounds [ECF No. 91] is **DENIED**.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 8th day of July 2010.

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*