UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21610-Civ-COOKE/WHITE
(09-21075-Cr-COOKE)

MARCKSON SAINT FLEUR,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING CERTIFICATE OF APPEALABILITY

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(1)(B), Rules 8 and 10 of the Rules Governing Section 2255 Cases in the United States District Courts, and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters (ECF No. 3). On May 3, 2017, Judge White issued a Report of Magistrate Judge (ECF No. 6) recommending that (i) Movant Marckson Saint Fleur's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1) be dismissed for lack of jurisdiction as it is an unauthorized successive motion and the Movant has not obtained the certification required by 28 U.S.C. § 2244(b)(3)(A), and (ii) no certificate of appealability issue.

Movant did not file objections to Judge White's Report, and the time to do so has passed. I have considered Judge White's Report, the relevant legal authorities, and the record. I find Judge White's Report clear, cogent, and compelling.

It is therefore **ORDERED and ADJUDGED** that Judge White's Report of Magistrate Judge (ECF No. 6) is **AFFIRMED and ADOPTED**. Accordingly, the Motion to Vacate Sentence (ECF No. 1) is **DENIED**. The Clerk is directed to **CLOSE** this case.

It is **FURTHER ORDERED and ADJUDGED** that Petitioner has not demonstrated that "jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve

encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 326 (2003); *accord Lott v. Attorney Gen., Fla.*, 594 F.3d 1296, 1301 (11th Cir. 2010) (explaining that a "petitioner need not show he will ultimately succeed on appeal" in order to warrant a certificate of appealability). Accordingly, this Court **DENIES** a Certificate of Appealability in this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 21st day of June 2017.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Marckson Saint Fleur*, pro se
*Counsel of record*